UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO: SACR 15-00002 JVS |
| | ) | |
| Plaintiff, | ) | JUDGMENT REVOKING |
| | ) | SUPERVISED RELEASE |
| vs | ) | |
| | ) | |
| Jonathan Hernandez-Zuniga, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

WHEREAS, on August 21, 2015, came the attorney for the Government, Joseph McNally, and the defendant appeared in person with appointed counsel, Andrea Jacobs, DFPD; and the defendant having admitted allegations 4 through 16 as stated in the Petition on Supervised Release filed May 27, 2015,

WHEREAS, on August 21, 2015, the Court FOUND that the defendant violated the conditions of the supervised release imposed on July 27, 2012 (See Original Judgment and Commitment Order),

NOW, THEREFORE, IT IS ADJUDGED, upon the findings of the Court, that the period of supervised release is REVOKED and VACATED, and the defendant is committed to the custody of the Bureau of Prisons for ten (10) months. Upon release from imprisonment, the defendant's term of supervised release shall be terminated.

The Court recommends placement at the Victorville, California facility.

The Court advises the defendant of his right to appeal.

The Court GRANTS the government's motion to dismiss allegations 1, 2 and 3 of the Probation Officer's Petition.

IT IS ORDERED that the Clerk deliver a copy of this Judgment and Commitment Order to the U.S. Marshal and the U.S. Probation Office and this copy shall serve as the commitment of the defendant.

DATE: August 25, 2015

JAMES V. SELNA
UNITED STATES DISTRICT JUDGE

FILED: August 25, 2015
CLERK OF COURT
by _Karla J. Tunis_
   Deputy Clerk